⚜AO 442 (Rev. 10/03) Warrant for Arrest     NOT FOR PUBLIC VIEW     FILED

APR 2 5 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
Southern District of California

UNITED STATES OF AMERICA

V.

DANIEL DIAZ

**WARRANT FOR ARREST**

Case Number: **17MJ4632**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      Daniel Diaz
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Importation of a Controlled Substance

in violation of Title  21  United States Code, Section(s)  952/960

Karen S. Crawford
Name of Issuing Officer

[Signature]     (SEAL)
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

12/7/2017     San Diego, California
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

San Ysidro, PED West, POE

DATE RECEIVED
4/23/18

NAME AND TITLE OF ARRESTING OFFICER
Alejandro Pascon #451/SA

SIGNATURE OF ARRESTING OFFICER
[Signature]

DATE OF ARREST
4/23/18

AO 442   (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Daniel Diaz

ALIAS:

LAST KNOWN RESIDENCE: 12321 Alpine Ave, Lynwood, CA 90262

LAST KNOWN EMPLOYMENT: Bullet Concrete

PLACE OF BIRTH: USA

DATE OF BIRTH: 11/10/1987

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'9"                WEIGHT: 230 lb.

SEX: Male                   RACE: White

HAIR: Black                 EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO: 1996 gold Toyota Tacoma R/O: Daniel Diaz

INVESTIGATIVE AGENCY AND ADDRESS: Homeland Security Investigations
2255 Niels Bohr Ct., San Diego, Ca 92154

# DEFENDANT LOCATOR FORM

Name of Defendant: Daniel DIAZ          DOB
Date of Arrest: 4/23/18                 Time of Arrest: 1800

Arresting Agent/Agency: Homeland Security Investigations

Immigration Status: USC ☐ MEX ☒ LPR ☐ BCC ☐ OTHER ☐

## MCC Information

Reservation no.: _____ or Window time: 0900

Date of Booking: 4/24/18          Booking Number: _____

## Other Booking Facility Information

(GEO, CCA, Juvenile Hall, State or County facility)

Facility _____ Arrival date: _____ Temporary stay: **Yes** or **No**

## Hospitalized Defendant Information

Name of Medical Center: _____

Date of Hospital Admittance: _____          Time: _____

Reason for Hospitalization: _____

Expected Date of Discharge (Approx. if known): _____

(Revised 01/2012)

First: Daniel          Mid. _____   Last: DIAZ_____  -  _____

Case No. _____

RAP SHEET SUMMARY CHART

| Conviction Date | Conviction Court | Charge | Prison Term | Points |
|---|---|---|---|---|
| 07/17/2008 | CACJLOS ANGELES | 14601.1 (A) VC: DRIVE WHILE LIC SUSPEND/ETC | 36 MON PROB | |
| 08/12/2008 | CASC COMPTON | 14601.1 (A) VC: DRIVE WHILE LIC SUSPEND/ETC | 10 DAYS | |
| 08/14/2008 | CASC COMPTON | 14601.1 (A) VC: DRIVE WHILE LIC SUSPEND/ETC | 10 DAYS | |
| 04/20/2010 | CASC DOWNEY | 14601.1 (A) VC: DRIVE WHILE LIC SUSPEND/ETC | 10 DAYS | |
| 07/29/2011 | CASCEAST LOS ANGELES | 14601.1 (A) VC: DRIVE WHILE LIC SUSPEND/ETC | 10 DAYS | |
| 08/06/2011 | CASCEL MONTE | 14601.1 (A) VC: DRIVE WHILE LIC SUSPEND/ETC | 47 DAYS | |
| | | ON PAROLE/PROBATION | | 0 |
| | | TOTAL POINTS | | 0 |
| | | CRIMINAL HISTORY CATEGORY | | |
| | | DEPORTATIONS | | 0 |
| | | DATE OF MOST RECENT DEPORTATION | N/A | |