AO 442 (Rev. 10/03) Warrant for Arrest

NOT FOR PUBLIC VIEW

# UNITED STATES DISTRICT COURT

Southern District of California

FILED
APR 26 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA

V.

DANIEL DIAZ

**WARRANT FOR ARREST**

Case Number: **17MJ4632**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Daniel Diaz
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Importation of a Controlled Substance

DATE: 4/20/18
ARRESTED BY:
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

in violation of Title  21  United States Code, Section(s)  952/960

Karen S. Crawford
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

12/7/2017    San Diego, California
Date and Location

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |